```
                    FILED
                  SEP 30 2013
            CLERK, ...
            SOUTHERN D...      ...ORNIA
            BY                 DEPUTY
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff<br>     vs.<br>URIEL LARA<br>            Defendant | CASE NO. 12CR3764-WQH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 9/4/13

_____
HONORABLE WILLIAM McCURINE, JR.
United States Magistrate Judge